**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

| | |
|---|---|
| Philip E. Roberts<br>Ungarino & Eckert, LLC<br>600 Jefferson Street, Ste 850<br>Lafayette LA 70501 | Brian David Smith<br>Ungarino & Eckert, L.L.C.<br>910 Pierremont Rd, Ste 103<br>Shreveport LA 71106 |
| Matthew John Ungarino<br>Ungarino & Eckert, LLC<br>3850 N. Causeway Blvd., #1280<br>Metairie LA 70002 | William H. Eckert<br>Ungarino & Eckert, LLC<br>600 Jefferson Street, Ste 850<br>Lafayette LA 70501 |
| Wayne Robert Maldonado<br>Ungarino & Eckert, LLC<br>3850 N. Causeway Blvd. #1280<br>Metairie LA 70002 | Jason Michael Nash<br>Ungarino & Eckert, LLC<br>910 Pierremont, Ste 103<br>Shreveport LA 71106 |

**REHEARING ACTION: March 9, 2016**

**Docket Number: 16   00001-CW**

**SUPERIOR DERRICK SERVICES, LLC**
**VERSUS**
**B & M INDUSTRIES, LLC, ET AL.**

**Writ Application from St. Martin Parish Case No. 81117-A**

**BEFORE JUDGES:**

> **Hon. Elizabeth A. Pickett**
> **Hon. Shannon J. Gremillion**
> **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the ruling on

the application for rehearing filed by **Motion Industries, Inc. and Genuine Parts**

**Company** is:

> **MOTION FOR RECONSIDERATION GRANTED.**
> **WRIT DENIED.**  The time periods set by the trial court for the Relators
> to respond to the subject discovery have expired.  The request for a
> stay of the ruling was denied by the trial court, and the writ application
> filed with this court did not pray for expedited consideration.  *See*
> Uniform Rules—Courts of Appeal, Rule 4–4(B).  Therefore, we deny
> the instant writ application as moot.

cc:
    David Oliver Way, Counsel for  the Respondent
    Henry Camille Perret, Jr., Counsel for  the Respondent
    Jared O. Brinlee, Counsel for  the Respondent
    Jude C. David, Counsel for  the Respondent
    Steven T. Ramos, Counsel for  the Respondent
    Joseph C. Giglio, Jr., Counsel for  the Respondent